**UNITED STATES of America,**
**Plaintiff–Appellee,**

and

**Hancock Bank, Garnishee,**

v.

**Wayne Allen FLETCHER,**
**Defendant–Appellant.**

**No. 06–1621.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2006.

Decided: Oct. 12, 2006.

---

Wayne Allen Fletcher, Appellant Pro Se. Neal Irving Fowler, Office Of The United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Allen Fletcher appeals the district court's orders and judgment granting summary judgment to the United States and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Fletcher,* No. 5:02–cv–00493–H (E.D.N.C. Apr. 12, 2005; filed Mar. 20, 2006, entered Mar. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*